PROB 12B
(7/93)

Report Date: December 7, 2012

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 07 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Lazaro Zuniga Peralez | Case Number: 2:07CR02035-001 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea | |
| Date of Original Sentence: 11/9/2007 | Type of Supervision: Supervised Release |
| Original Offense: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: 6/9/2011 |
| Original Sentence: Prison - 51 Months; TSR - 36 Months | Date Supervision Expires: 6/8/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

19   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On January 10, 2012, Mr. Peralez was accepted into the Sobriety Treatment and Education Program (STEP). While in the program the defendant has been unable to secure employment and has been struggling with alcohol abuse issues. On December 4, 2012, Mr. Peralez was sanctioned to a 7-day jail sentence for failing to comply with treatment recommendations, and was terminated from STEP at his request. As a result of his continued alcohol use while in treatment, Merit Resource Services' staff have recommended he participate in an intensive inpatient treatment program and refrain from any illegal drug or alcohol use. At the present time, the undersigned officer is currently working on securing a treatment bed date for the defendant at Pioneer Center East in Spokane, Washington. Based on the aforementioned, this officer respectfully requests the defendant's conditions of supervision be modified as noted above. Attached for the Court's review is a waiver signed by the defendant agreeing to the modifications.

...

Prob 12B
Re: Peralez, Lazaro Zuniga
December 7, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

12/7/12
Date

⬥PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

19    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____  Signed: _____
          Jose Vargas                                      Lazaro Zuniga-Peralez
     U.S. Probation Officer                         Probationer or Supervised Releasee

                             December 7, 2012
                                 Date