PROB 12C
(7/93)

Report Date: February 15, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lazaro Zuniga Peralez    Case Number: 2:07CR02035-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 11/9/2007

Original Offense: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 51 Months    Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney: Alison L. Gregoire    Date Supervision Commenced: 6/9/2011

Defense Attorney: Diane E. Hehir    Date Supervision Expires: 6/8/2014

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On February 4, 2013, Lazaro Zuniga Peralez was arrested for possession of a firearm, and possession of methamphetamine with intent to distribute (Yakima County Superior Court case number 13-1-00212-0). |
| | According to an incident report from the Toppenish Police Department, on February 4, 2013, officers responded to a call with regard to a suspicious person inside a vehicle which was possibly involved in a driveby shooting. Upon arriving at the scene, officers contacted two individuals inside the suspect vehicle who were subsequently identified as A.O. (driver) and the defendant (passenger). During their investigation, officers found a backpack which was lying on the passenger floor next to where the defendant had been sitting. The backpack contained a .45 caliber handgun, clear plastic baggies, a scale, and 25.17 grams of a crystal like substance which field tested positive for methamphetamine. A.O. and the defendant were subsequently taken into custody and charged with possession of a firearm, and possession of methamphetamine with intent to distribute. |

Prob12C
Re:  Peralez, Lazaro Zuniga
February 15, 2013
Page 2

|   |   |
|---|---|
| | On February 5, 2013, the defendant appeared in court and bail was set at $50,000. On February 6, 2013, the defendant posted bail and was release from custody. On February 7, 2013, the state dismissed the charges based on a technicality. |
| 2 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: On February 4, 2013, Lazaro Zuniga Peralez associated with a convicted felon without obtaining permission from his supervising probation officer. |
| | On February 4, 2013, the defendant associated with A.O. as noted in violation number 1, who is a known gang member and convicted felon. Mr. Peralez admitted he knew A.O. was a convicted felon and said the only reason he associated with him that day was because he was a longtime friend. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 15, 2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

February 15, 2013
Date