PROB 12C
(7/93)

Report Date: August 15, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 23 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Lazaro Zuniga Peralez          Case Number: 2:07CR02035-001

Address of Offender: 30 Eiler Lane, Zillah, WA  98953

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence:  11/9/2007

Original Offense:      Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 51 Months              Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Thomas J. Hanlon               Date Supervision Commenced:  6/9/2011

Defense Attorney:      Diane E. Hehir                 Date Supervision Expires:  6/8/2014

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/15/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
3 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.
 | **Supporting Evidence**: Lazaro Peralez possessed heroin on or about July 10, 2013.
 | On July 18, 2013, Mr. Peralez was questioned by a Yakima County sheriff's deputy in regard to a telephone conversation he had with an inmate at the Yakima County Jail on July 10, 2013. It should be noted that the inmate had been recently arrested on a firearms charge, and was a person of interest in a homicide investigation. Mr. Peralez admitted to speaking with the inmate, going to his home, and disposing of some heroin and syringes. When questioned about how he disposed of the heroin and syringes, he indicated he threw them in the river.
 | On July 30, 2013, the defendant reported for an office visit and admitted to disposing of a small amount of heroin and some syringes on or about July 10, 2013. When questioned as to why he would dispose of an illegal drug and drug paraphernalia for an inmate at the Yakima County Jail, he related he was just doing him a favor. Mr. Peralez advised he had just met the inmate about 2 months ago during the application of a new tattoo. It should also

be noted that during the telephone conversation between Mr. Peralez and the inmate, the inmate directed the defendant toward an air vent in his home and asked him to pull out two items, one of which was referred to as the "bone crusher" and the other as the "little one." When asked about the two items he was asked to remove, the defendant had no comment.

4   **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Lazaro Peralez possessed drug paraphernalia on or about July 10, 2013, as noted in violation 1.

5   **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Lazaro Peralez associated with a person engaged in criminal activity on or about July 10, 2013, as noted in violation 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/15/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

# THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

August 23, 2013
Date