PROB 12C
(7/93)

Report Date: August 26, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 27 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lazaro Zuniga Peralez          Case Number: 2:07CR02035-001

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 11/9/2007

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 51 Months<br>TSR - 36 Months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Diane E. Hehir |

Type of Supervision: Supervised Release

Date Supervision Commenced: 6/11/2011

Date Supervision Expires: 6/18/2014

---

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/15/2013 and 8/15/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 22, 2013, Lazaro Zuniga Peralez was arrested by the Law Enforcement Against Drugs task force, for the crime of possession of a controlled substance with intent to distribute, Yakima County Superior Court, cause number 13-1-01229-0. An incident report was requested but has not yet been received.<br><br>The defendant appeared in court on August 23, 2013, and bail was set at $100,000. His next hearing is scheduled for September 6, 2013. |

Prob12C
**Re: Peralez, Lazaro Zuniga**
**August 26, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/26/2013

s/Jose Vargas

U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

August 27, 2013
Date